UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| CLYDE GIBBS, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV02037 (WWE) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, CONSOLIDATED RAIL CORPORATION, and AMERICAN FINANCIAL GROUP, INC., f/k/a AMERICAN PREMIER UNDERWRITERS, INC., f/k/a PENN CENTRAL CORPORATION, | |
| Defendants | JULY 12, 2004 |

_____X

### STIPULATION FOR PARTIAL DISMISSAL

It is hereby stipulated and agreed that the plaintiff's claim for damages against <u>only</u> defendants CONSOLIDATED RAIL CORPORATION and AMERICAN FINANCIAL GROUP, INC., f/k/a AMERICAN PREMIER UNDERWRITERS, INC., f/k/a PENN CENTRAL CORPORATION, is discontinued on the merits, with prejudice, and without costs to any parties.

| PLAINTIFF, CLYDE GIBBS | DEFENDANTS, CONSOLIDATED RAIL CORPORATION and AMERICAN FINANCIAL GROUP, INC., f/k/a AMERICAN PREMIER UNDERWRITERS, INC., f/k/a PENN CENTRAL CORPORATION |
|---|---|
| By _____ Scott E. Perry (ct17236) CAHILL, GOETSCH & MAURER, P.C. 43 Trumbull Street New Haven, Connecticut 0651 (203) 777-1000 | By _____ Lori A. Wirkus (ct19557) FLYNN & ASSOCIATES, P.C. 400 Crown Colony, Suite 200 Quincy, Massachusetts 02169 (617) 773-5500 |