

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLYDE M. GIBBS | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : CIVIL ACTION NO. 3:02 CV 2037 (WWE) |
| | : |
| METRO-NORTH RAILROAD COMPANY, | : FELA HEARING LOSS CASE - MAY BE |
| CONSOLIDATED RAIL CORPORATION | : FILED IN NEW HAVEN AS ORDERED BY |
| and AMERICAN FINANCIAL GROUP, | : MAGISTRATE JUDGE MARGOLIS |
| INC., f/k/a AMERICAN PREMIER | : |
| UNDERWRITERS, INC., f/k/a PENN | : |
| CENTRAL CORPORATION | : |
| | : SEPTEMBER 22, 2004 |
| Defendants. | : |

## MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

The undersigned defendant, Metro North Railroad Company, with the consent and agreement of the plaintiff, hereby moves this court for an extension of time of certain remaining scheduling order deadlines for the third and fourth groups of hearing loss cases, as contained in this Court's Memorandum of Status Conference dated July 17, 2003.

Specifically, the defendant seeks to (1) extend the deadline for completing all fact discovery for two and one-half months, up to and including December 15, 2004; (2) extend the deadline for disclosing the plaintiff's expert report(s) two and one-half months, up to and including January 15, 2005; (3) extend the deadline for deposing the plaintiff's expert(s) two and

one-half months, up to and including February 15, 2005; (4) extend the deadline for disclosing defendant's expert report(s) two and one-half months, up to and including February 15, 2005; and (5) extend the deadline for deposing the defendant's expert(s) two and one-half months, up to and including March 15, 2005.

The defendant submits that this is the first extension of time sought with respect to the scheduling deadlines in the third and fourth groups. Counsel for the plaintiff has been contacted regarding this motion, and as noted above, he has no objection to the instant motion.

Respectfully submitted,

THE DEFENDANT,
METRO-NORTH RAILROAD COMPANY

By: _____
Anthony D. Sutton, Esq., (CT 20607)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Clyde M. Gibbs

_____
Anthony D. Sutton, Esq.

I:\Procases\205.161\extend deadlines.wpd
205.161

- 3 -