UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLYDE GIBBS

v.   3:02CV2037 WWE

METRO NORTH-RR CO, et al

## JUDGMENT

On November 22, 2005, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before January 21, 2006. No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 3rd day of February, 2006.

KEVIN F. ROWE, Clerk

By s/ _____
  Rosalie A. Krajcik
  Deputy Clerk

Entered on Docket _____